UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NORTHWEST SAVINGS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV00665 AGF |
| ) | |
| RATE SEARCH, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Northwest Savings Bank's Motion to Deposit Funds with the Court and Order to Invest in an Interest Bearing Account (Doc. 24). On April 21, 2010, Plaintiff Northwest Savings Bank ("NWSB") filed this interpleader action to resolve conflicting claims to a Certificate of Deposit in the amount of approximately $97,000. (Doc. 1.) On August 27, 2010, NWSB moved this Court to enter an Order authorizing NWSB to deposit the $97,000 Certificate of Deposit with the Registry of the Court pursuant to Federal Rule of Civil Procedure 67, and to direct the Clerk of the Court to invest the funds in an interest bearing account.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Northwest Savings Bank's Motion to Deposit Funds with the Court and Order to Invest in an Interest Bearing Account (Doc. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court-Eastern District of Missouri shall deposit the funds into a money market account or other instrument, at the prevailing rate of interest at a federally approved financial institution. The initial investment is

subject to the collateral provisions of Treasury Circular 176. The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the court. Said fee is authorized by the Judicial Conference of the United States.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of August, 2010.